Kelly H. Dove, Esq. (Nevada Bar No. 10569)
Karl O. Riley, Esq. (Nevada Bar No. 12077)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.,
erroneously named as America's Servicing Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JACK A. DEMAY,<br><br>                Plaintiff,<br><br>        v.<br><br>AMERICA'S SERVICING COMPANY;<br>and EQUIFAX INFORMATION<br>SERVICES, LLC<br><br>                Defendants. | Case No.:   2:17-cv-00998-RFB-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE RESPONSE TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Jack A. Demay ("Plaintiff"), and Defendant Wells Fargo Bank, N.A., erroneously named as America's Servicing Company ("Wells Fargo," together with Plaintiff, the "Parties"), by and through their attorneys, hereby stipulate to extend the time for Wells Fargo to respond to Plaintiff's Complaint.

WHEREAS, Plaintiff filed the Complaint on April 7, 2017;

WHEREAS, this is the first request to continue response to complaint;

WHEREAS, Plaintiff served Wells Fargo with the Summons and Complaint on April 18, 2017, making the response due May 9, 2017; thus, this request is timely;

WHEREAS, Wells Fargo needs additional time to procure information to respond to the Complaint;

WHEREAS, Wells Fargo requested, and Plaintiff agreed, to extend Wells Fargo's time to respond to Plaintiff's Complaint;

WHEREAS this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. Wells Fargo shall respond to Plaintiff's Complaint on or before May 30, 2017.

**IT IS SO STIPULATED.**

DATED: May 4, 2017.

DATED: May 4, 2017.

By: /s/ Sean N. Payne
 Sean N. Payne, Esq.
 Nevada Bar No. 13216
 PAYNE LAW FIRM, LLC
 9550 S. Eastern Ave., Suite 253-A213
 Las Vegas, NV 89123
 Tel: 702-952-2733

Matthew I. Knepper, Esq.
Miles N. Clark, Esq.
KNEPPER & CLARK, LLC
10040 W. Cheyenne Ave., Ste. 170-109
Las Vegas, NV 891129
Tel.: 702-825-6060

David Krieger
HAINES & KRIEGER,LLC
8985 S. Eastern Avenue
Henderson, NV 89123
Tel: (702) 880-5554

*Attorneys for Plaintiff*

By: /s/ Karl O. Riley
 Kelly H. Dove, Esq.
 Karl O. Riley, Esq.
 SNELL & WILMER L.L.P.
 3883 Howard Hughes Parkway, Suite 1100
 Las Vegas, Nevada 89169
 Tel: (702) 784-5200

*Attorneys for Defendant Wells Fargo Bank, N.A., erroneously named as America's Servicing Company*

## **ORDER**

**IT IS ORDERED THAT** Wells Fargo shall respond to Plaintiff's Complaint on or before May 30, 2017.

**IT IS SO ORDERED.**

DATED: May 5, 2017.

UNITED STATES MAGISTRATE JUDGE

4836-2225-6199